UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEITH ALEXANDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAYNE G. HAWKINGS, et al., ) <br> ) <br> Defendants. ) | Case No.: 2:18-cv-00978-AKK-JEO |

**MEMORANDUM OPINION**

The magistrate judge filed a report on December 6, 2018, recommending the defendants' motion for summary judgment be granted and this action be dismissed with prejudice. Doc. 18. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court and the time to file objections has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court expressly finds that there are no genuine issues of material fact and the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion

for summary judgment, doc. 16, is due to be granted and this action is due to be dismissed with prejudice.

A Final Judgment will be entered.

**DONE** the 17th day of January, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE